[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-10387
Non-Argument Calendar
_____

D.C. Docket No. 6:12-cr-00288-GAP-KRS-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES OLIVOS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(November 10, 2014)

Before ROSENBAUM, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

H. Kyle Fletcher, counsel for James Olivos, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Olivos's convictions and sentences are **AFFIRMED**.